IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia A Brown aka Patricia Anne Brown aka Pat Brown aka Patricia A. Tucker,<br>Debtor<br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4,<br>Movant<br><br>Patricia A Brown aka Patricia Anne Brown aka Pat Brown aka Patricia A. Tucker,<br>KENNETH E. WEST – Trustee,<br>Respondents | Case No.: 22-11904-elf<br><br>Chapter: 13<br><br>Judge Eric L. Frank |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4
> 1325 Franklin Avenue, Suite 160
> Garden City, New York 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings

of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: September 13, 2022

                                                By: /s/ *Lauren M. Moyer*
                                              Lauren M. Moyer, Esquire
                                              FRIEDMAN VARTOLO LLP
                                              Attorneys for Movant
                                              1325 Franklin Avenue, Suite 160
                                              Garden City, New York 11530
                                              T: (212) 471-5100
                                              F: (212) 471-5150
                                              Bankruptcy@FriedmanVartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Patricia A Brown aka Patricia Anne Brown aka Pat Brown aka Patricia A. Tucker,<br>　　　　Debtor<br><br>Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4,<br>　　　　Movant<br><br>Patricia A Brown aka Patricia Anne Brown aka Pat Brown aka Patricia A. Tucker,<br>KENNETH E. WEST – Trustee,<br>　　　　Respondents | Case No.: 22-11904-elf<br><br>Chapter: 13<br><br>Judge Eric L. Frank |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

　　The undersigned counsel for Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4 ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Notice of Appearance filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

　　The type(s) of service made on the parties was: electronic notification or first-class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: September 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　FRIEDMAN VARTOLO, LLP.

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Lauren M. Moyer*
　　　　　　　　　　　　　　　　　　　　　　　Lauren M. Moyer, Esquire
　　　　　　　　　　　　　　　　　　　　　　　FRIEDMAN VARTOLO LLP
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　　　　　1325 Franklin Avenue, Suite 160
　　　　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　　　　T: (212) 471-5100
　　　　　　　　　　　　　　　　　　　　　　　F: (212) 471-5150
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy@FriedmanVartolo.com

**Service by NEF**

**Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtor's Counsel**
RONALD J. PRESSLEY
Ronald J. Pressley, Esquire
1015 Chestnut Street
Suite 907
Suite 907
Philadelphia, PA 19107

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Service by First-Class Mail**

**Debtor**
Patricia A Brown aka Patricia Anne Brown
aka Pat Brown aka Patricia A. Tucker
4 Sweetbriar Road
Coatesville, PA 19320-6108