# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11904-ELF

PATRICIA A BROWN

4 SWEETBRIAR ROAD

COATESVILLE, PA 19320-6108

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA A BROWN

    4 SWEETBRIAR ROAD

    COATESVILLE, PA 19320-6108

Counsel for debtor(s), by electronic notice only.

    RONALD J. PRESSLEY ESQUIRE
    1015 CHESTNUT STREET
    SUITE 907
    PHILADELPHIA, PA 19107-

Date: 9/19/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee