| | | | | | | |
|---|---|---|---|---|---|---|
| Little Flock Daycare LLC<br>2219 E Lincoln Hwy<br>Coatesville, PA 19320 | | | | | CHECK NO.<br>010272 | |
| | | | | DATE<br>05/20/2022 | | AMOUNT<br>****$4,520.01 |

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | ******261 | 4520.01 |

PAY   VOID  ********  VOID  ********  VOID

TO THE ORDER OF:
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | | 04/30/2022 | 05/13/2022 | 010272 | 05/20/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 60000.00 | Fed Withhold | 763.69 | 7856.90 |
| Bonus | .000 | .00 | 1000.00 | Soc Security | 372.00 | 3782.00 |
| | | | | Medicare | 87.00 | 884.50 |
| | | | | PA State W/H | 184.20 | 1872.70 |
| | | | | State Other PASO1 | 3.60 | 36.60 |
| | | | | PA15C2 CALN TWP | 67.50 | 686.26 |
| | | | | (NONRES CALN TWP ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 20.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:   Single
PA State Exemptions:       0

| PTO | Earned | .00 |
|---|---|---|
| PTO | Balance | .00 |

Company Name:     Little Flock Daycare LLC
Company Address:  2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | **4520.01** | 61000.00 | 15138.96 | 45861.04 |

Little Flock Daycare LLC
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010260

DATE 05/06/2022    AMOUNT ****$4,520.01

PAY   VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | ******261 | 4520.01 |

TO THE ORDER OF
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services  R

| EMP. NO. 46 | DEPT. 100 | EMPLOYEE NAME Brown, Patricia A | PERIOD BEG. 04/16/2022 | PERIOD END 04/29/2022 | CHECK NUMBER 010260 | CHECK DATE 05/06/2022 |
|---|---|---|---|---|---|---|

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 54000.00 | Fed Withhold | 763.69 | 7093.21 |
| Bonus | .000 | .00 | 1000.00 | Soc Security | 372.00 | 3410.00 |
| | | | | Medicare | 87.00 | 797.50 |
| | | | | PA State W/H | 184.20 | 1688.50 |
| | | | | State Other PASO1 | 3.60 | 33.00 |
| | | | | PA15C2 CALN TWP | 67.50 | 618.76 |
| | | | | (NONRES CALN TWP ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 18.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:   Single
PA State Exemptions:       0

PTO  Earned   .00
PTO  Balance  .00

Company Name:    Little Flock Daycare LLC
Company Address: 2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS 6000.00 | CURRENT DEDUCTIONS 1479.99 | NET PAY 4520.01 | Y.T.D. EARNINGS 55000.00 | Y.T.D. DEDUCTIONS 13658.97 | Y.T.D. NET PAY 41341.03 |
|---|---|---|---|---|---|---|

Little Flock Daycare LLC
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010248

DATE 04/22/2022      AMOUNT ****$4,520.01

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | ******261 | 4520.01 |

PAY  VOID ******* VOID ******* VOID

TO THE ORDER OF:
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| EMP. NO. | DEPT. | EMPLOYEE NAME | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | 04/02/2022 | 04/15/2022 | 010248 | 04/22/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 48000.00 | Fed Withhold | 763.69 | 6329.52 |
| Bonus | .000 | .00 | 1000.00 | Soc Security | 372.00 | 3038.00 |
| | | | | Medicare | 87.00 | 710.50 |
| | | | | PA State W/H | 184.20 | 1504.30 |
| | | | | State Other PASO1 | 3.60 | 29.40 |
| | | | | PA15C2 CALN TWP (NONRES CALN TWP ) | 67.50 | 551.26 |
| | | | | PAMTCA CALN LST | 2.00 | 16.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:   Married Filing Jointly

PA State Marital Status:  Single
PA State Exemptions:      0

PTO   Earned    .00
PTO   Balance   .00

Company Name:    Little Flock Daycare LLC
Company Address: 2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | 4520.01 | 49000.00 | 12178.98 | 36821.02 |

Little Flock Daycare LLC
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010236

DATE 04/08/2022
AMOUNT ****$4,520.01

PAY    VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ******** | ******261 | 4520.01 |

TO THE ORDER OF
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| 46 EMP. NO. | 100 DEPT. | Brown, Patricia A EMPLOYEE NAME | 03/19/2022 PERIOD BEG. | 04/01/2022 PERIOD END | 010236 CHECK NUMBER | 04/08/2022 CHECK DATE |
|---|---|---|---|---|---|---|

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 42000.00 | Fed Withhold | 763.69 | 5565.83 |
| Bonus | .000 | .00 | 1000.00 | Soc Security | 372.00 | 2666.00 |
| | | | | Medicare | 87.00 | 623.50 |
| | | | | PA State W/H | 184.20 | 1320.10 |
| | | | | State Other PASO1 | 3.60 | 25.80 |
| | | | | PA15C2 CALN TWP | 67.50 | 483.76 |
| | | | | (NONRES CALN TWP  ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 14.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:    Single
PA State Exemptions:    0

PTO    Earned    .00
PTO    Balance    .00

Company Name:    Little Flock Daycare LLC
Company Address:    2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | **4520.01** | 43000.00 | 10698.99 | 32301.01 |

| | | | | CHECK NO. |
|---|---|---|---|---|
| Little Flock Daycare LLC | | | | 010225 |
| 2219 E Lincoln Hwy | | | | |
| Coatesville, PA 19320 | | DATE | | AMOUNT |
| | | 03/25/2022 | | ****$4,520.01 |

PAY  VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *******261 | 4520.01 |

TO THE ORDER OF
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| 46 EMP. NO. | 100 DEPT. | Brown, Patricia A EMPLOYEE NAME | | | 03/05/2022 PERIOD BEG. | 03/18/2022 PERIOD END | 010225 CHECK NUMBER | 03/25/2022 CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| Earnings | | Hrs./Units | Current Amount | Year To Date | Deductions | | Current Amount | Year To Date |
| Regular | | .000 | 6000.00 | 36000.00 | Fed Withhold | | 763.69 | 4802.14 |
| Bonus | | .000 | .00 | 1000.00 | Soc Security | | 372.00 | 2294.00 |
| | | | | | Medicare | | 87.00 | 536.50 |
| | | | | | PA State W/H | | 184.20 | 1135.90 |
| | | | | | State Other PASO1 | | 3.60 | 22.20 |
| | | | | | PA15C2 CALN TWP | | 67.50 | 416.26 |
| | | | | | (NONRES CALN TWP  ) | | | |
| | | | | | PAMTCA CALN LST | | 2.00 | 12.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:   Single
PA State Exemptions:       0

PTO    Earned    .00
PTO    Balance   .00

Company Name:     Little Flock Daycare LLC
Company Address:  2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | **NET PAY** | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | **4520.01** | 37000.00 | 9219.00 | 27781.00 |

```
Little Flock Daycare LLC                                      CHECK NO.
2219 E Lincoln Hwy                                             010215
Coatesville, PA 19320
                                                DATE               AMOUNT
                                             03/11/2022        ****$4,850.48

                                             Direct Deposit Summary
PAY   VOID ******** VOID ******** VOID       Bank      Account      Amount
                                             ********  *******261   4850.48

          Patricia A Brown
TO THE    4 Sweet Briar Rd
ORDER
OF        Coatesville, PA 19320
                                                          *****VOID*****
```

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| 46 EMP. NO. | 100 DEPT. | Brown, Patricia A EMPLOYEE NAME | | 02/19/2022 PERIOD BEG. | 03/04/2022 PERIOD END | 010215 CHECK NUMBER | 03/11/2022 CHECK DATE |
|---|---|---|---|---|---|---|---|
| **Earnings** | **Hrs./Units** | **Current Amount** | **Year To Date** | **Deductions** | | **Current Amount** | **Year To Date** |
| Regular | .000 | 6000.00 | 30000.00 | Fed Withhold | | 873.69 | 4038.45 |
| Bonus | .000 | 500.00 | 1000.00 | Soc Security | | 403.00 | 1922.00 |
| | | | | Medicare | | 94.25 | 449.50 |
| | | | | PA State W/H | | 199.55 | 951.70 |
| | | | | State Other PASO1 | | 3.90 | 18.60 |
| | | | | PA15C2 CALN TWP | | 73.13 | 348.76 |
| | | | | (NONRES CALN TWP  ) | | | |
| | | | | PAMTCA CALN LST | | 2.00 | 10.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:      Married Filing Jointly

PA State Marital Status:     Single
PA State Exemptions:         0

PTO    Earned      .00
PTO    Balance     .00

Company Name:     Little Flock Daycare LLC
Company Address:  2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6500.00 | 1649.52 | **4850.48** | 31000.00 | 7739.01 | 23260.99 |

| | |
|---|---|
| Little Flock Daycare LLC<br>2219 E Lincoln Hwy<br>Coatesville, PA 19320 | **CHECK NO.**<br>010204<br>DATE 02/25/2022    AMOUNT ****$4,520.01 |

PAY  VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | ******261 | 4520.01 |

TO THE ORDER OF
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | | 02/05/2022 | 02/18/2022 | 010204 | 02/25/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 24000.00 | Fed Withhold | 763.69 | 3164.76 |
| Bonus | .000 | .00 | 500.00 | Soc Security | 372.00 | 1519.00 |
| | | | | Medicare | 87.00 | 355.25 |
| | | | | PA State W/H | 184.20 | 752.15 |
| | | | | State Other PASO1 | 3.60 | 14.70 |
| | | | | PA15C2 CALN TWP | 67.50 | 275.63 |
| | | | | (NONRES CALN TWP  ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 8.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:   Single
PA State Exemptions:       0

PTO    Earned    .00
PTO    Balance   .00

Company Name:     Little Flock Daycare LLC
Company Address:  2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | 4520.01 | 24500.00 | 6089.49 | 18410.51 |

Little Flock Daycare LLC
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010193

| DATE | AMOUNT |
|---|---|
| 02/11/2022 | ****$4,850.48 |

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *******261 | 4850.48 |

PAY  VOID ******** VOID ******** VOID

TO THE ORDER OF:
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | | 01/22/2022 | 02/04/2022 | 010193 | 02/11/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 18000.00 | Fed Withhold | 873.69 | 2401.07 |
| Bonus | .000 | 500.00 | 500.00 | Soc Security | 403.00 | 1147.00 |
| | | | | Medicare | 94.25 | 268.25 |
| | | | | PA State W/H | 199.55 | 567.95 |
| | | | | State Other PASO1 | 3.90 | 11.10 |
| | | | | PA15C2 CALN TWP | 73.13 | 208.13 |
| | | | | (NONRES CALN TWP ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 6.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:   Single
PA State Exemptions:       0

PTO   Earned    .00
PTO   Balance   .00

Company Name:     Little Flock Daycare LLC
Company Address:  2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6500.00 | 1649.52 | **4850.48** | 18500.00 | 4609.50 | 13890.50 |

**Little Flock Daycare LLC**
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010183

DATE 01/28/2022

AMOUNT ****$4,520.01

PAY    VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | ******261 | 4520.01 |

TO THE ORDER OF
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services    R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | | PERIOD BEG. 01/08/2022 | PERIOD END 01/21/2022 | CHECK NUMBER 010183 | CHECK DATE 01/28/2022 |
|---|---|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | | | | | | |
| Earnings | | Hrs./Units | Current Amount | Year To Date | Deductions | | Current Amount | Year To Date |
| Regular | | .000 | 6000.00 | 12000.00 | Fed Withhold | | 763.69 | 1527.38 |
| | | | | | Soc Security | | 372.00 | 744.00 |
| | | | | | Medicare | | 87.00 | 174.00 |
| | | | | | PA State W/H | | 184.20 | 368.40 |
| | | | | | State Other PASO1 | | 3.60 | 7.20 |
| | | | | | PA15C2 CALN TWP | | 67.50 | 135.00 |
| | | | | | (NONRES CALN TWP  ) | | | |
| | | | | | PAMTCA CALN LST | | 2.00 | 4.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:   Single
PA State Exemptions:       0

PTO   Earned    .00
PTO   Balance   .00

Company Name:      Little Flock Daycare LLC
Company Address:   2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS 6000.00 | CURRENT DEDUCTIONS 1479.99 | NET PAY 4520.01 | Y.T.D. EARNINGS 12000.00 | Y.T.D. DEDUCTIONS 2959.98 | Y.T.D. NET PAY 9040.02 |
|---|---|---|---|---|---|---|

**Little Flock Daycare LLC**
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010172

DATE: 01/14/2022
AMOUNT: ****$4,520.01

PAY  VOID  ********  VOID  ********  VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *******261 | 4520.01 |

TO THE ORDER OF:
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services  R

| EMP. NO. | DEPT. | EMPLOYEE NAME | | | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | | | 12/25/2021 | 01/07/2022 | 010172 | 01/14/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 6000.00 | Fed Withhold | 763.69 | 763.69 |
| | | | | Soc Security | 372.00 | 372.00 |
| | | | | Medicare | 87.00 | 87.00 |
| | | | | PA State W/H | 184.20 | 184.20 |
| | | | | State Other PASO1 | 3.60 | 3.60 |
| | | | | PA15C2 CALN TWP | 67.50 | 67.50 |
| | | | | (NONRES CALN TWP ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 2.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:    Single
PA State Exemptions:    0

PTO    Earned    .00
PTO    Balance    .00

Company Name:    Little Flock Daycare LLC
Company Address:    2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | 4520.01 | 6000.00 | 1479.99 | 4520.01 |

**Little Flock Daycare LLC**
2219 E Lincoln Hwy
Coatesville, PA 19320

CHECK NO. 010172

DATE: 01/14/2022
AMOUNT: ****$4,520.01

PAY: VOID ******** VOID ******** VOID

**Direct Deposit Summary**

| Bank | Account | Amount |
|---|---|---|
| ********* | *******261 | 4520.01 |

TO THE ORDER OF:
Patricia A Brown
4 Sweet Briar Rd
Coatesville, PA 19320

*****VOID*****

Processed by Corporate Payroll Services

# DEPOSIT ADVICE ONLY - NON NEGOTIABLE

Processed by Corporate Payroll Services   R

| EMP. NO. | DEPT. | EMPLOYEE NAME | PERIOD BEG. | PERIOD END | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|
| 46 | 100 | Brown, Patricia A | 12/25/2021 | 01/07/2022 | 010172 | 01/14/2022 |

| Earnings | Hrs./Units | Current Amount | Year To Date | Deductions | Current Amount | Year To Date |
|---|---|---|---|---|---|---|
| Regular | .000 | 6000.00 | 6000.00 | Fed Withhold | 763.69 | 763.69 |
| | | | | Soc Security | 372.00 | 372.00 |
| | | | | Medicare | 87.00 | 87.00 |
| | | | | PA State W/H | 184.20 | 184.20 |
| | | | | State Other PASO1 | 3.60 | 3.60 |
| | | | | PA15C2 CALN TWP | 67.50 | 67.50 |
| | | | | (NONRES CALN TWP  ) | | |
| | | | | PAMTCA CALN LST | 2.00 | 2.00 |

4 Sweet Briar Rd
Coatesville, PA 19320

Federal Marital Status:    Married Filing Jointly

PA State Marital Status:    Single
PA State Exemptions:    0

| PTO | Earned | .00 |
| PTO | Balance | .00 |

Company Name:    Little Flock Daycare LLC
Company Address:    2219 E Lincoln Hwy, Coatesville, PA 19320, Tel: 610-383-8873

| PAY RATE | CURRENT EARNINGS | CURRENT DEDUCTIONS | NET PAY | Y.T.D. EARNINGS | Y.T.D. DEDUCTIONS | Y.T.D. NET PAY |
|---|---|---|---|---|---|---|
| | 6000.00 | 1479.99 | **4520.01** | 6000.00 | 1479.99 | 4520.01 |