**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PAT BROWN                    : CHAPTER 13
         Debtor          :
                                     : BANKRUPTCY NO. 22-11904 elf

**CERTIFICATION OF SERVICE**

    I, RONALD J. PRESSLEY, ESQUIRE, counsel for the above captioned debtor hereby certifies that a true and correct copy of the **DEBTOR'S AMENDED CHAPTER 13 PLAN** filed January 25, 2023 was served to all secured and priority creditors and all persons of interest electronically and pursuant to addresses appearing on the claims docket via regular mail this date.

So Certified: January 25, 2023

                                                            /s/ RONALD J. PRESSLEY
                                                                Counsel for Debtor