United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11904-elf |
| Patricia A Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 01, 2023 | Form ID: 155 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patricia A Brown, 4 Sweetbriar Road, Coatesville, PA 19320-6108 |
| 14711528 | + | Ally Bank c/o AIS Portfolio Services, LLC, Payment Processing Center, P.O. Box 78367, Phoenix AZ 85062-8367 |
| 14707357 | + | Ashberry Lane Community Association, c/o CCR Management, Inc., 427 Exton Commons, Exton, PA 19341-2451 |
| 14707360 | + | CertaPro Painters Western Chester County, 206 North Jennersville Road, Suite 204, West Grove, PA 19390-9326 |
| 14708465 | + | Coatesville Hospital Corp d/b/a Brandywine Hospita, 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14708466 | + | Coatesville Hospital Corporation, 1060 Andrew Drive, Suite 170, West Chester, West Chester, PA 19380-5601 |
| 14707362 | | Comenity - Ashley Stewart, PO Box 650018, Dallas, TX 75265-0018 |
| 14707364 | + | Diamond Resorts, PO Box 9839, Coral Springs, FL 33075-0839 |
| 14727936 | + | Diamond Resorts U.S. Collection Development, LLC, 6355 Metrowest Blvd., Suite 180, Orlando, FL 32835-7606 |
| 14707366 | | Diamonds Resorts Financial Svcs, P.O. Box 847344, Los Angeles, CA 90084-7344 |
| 14707367 | | Gentle Dental of West Chester, 125 Turner Lane, West Chester, PA 19380-4533 |
| 14707371 | + | Parkhouse Nursing & Rehab Center, 1600 Black Rock Road, Royersford, PA 19468-3130 |
| 14707373 | + | Pinnacle ENT Associates, Chester Co OTO/Allergy Div, PO Box 822336, Philadelphia, PA 19182-2336 |
| 14720869 | + | Select Portfolio Servicing, Inc, c/o Lauren M. Moyer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14711855 | + | U.S. Bank National Association,not in individual c, c/o Rebecca Solarz, KML Law Group.PC, 701 Market Street,Suite 5000, Philadelphia PA 19106-1541 |
| 14707378 | + | West Brandywine Twp Municipal Authority, 198 Lafayette Road, West Brandywine, PA 19320-1231 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14707356 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 02 2023 00:17:00 | Ally Bank, 1100 Virginia Drive, Fort Washington, PA 19034-3276 |
| 14710643 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2023 00:15:22 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14710817 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2023 00:15:06 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14711453 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2023 00:15:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14722349 | | Email/PDF: bncnotices@becket-lee.com | Mar 02 2023 00:25:29 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14707359 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 02 2023 00:17:00 | CCS, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14707358 | | Email/Text: cfcbackoffice@contfinco.com | Mar 02 2023 00:17:00 | Cardholder Services, PO Box 3220, Buffalo, NY 14240 |
| 14707361 | | Email/Text: cfcbackoffice@contfinco.com | Mar 02 2023 00:17:00 | Cerulean, P.O. Box 6812, Carol Stream, IL 60197-6812 |

Case 22-11904-amc   Doc 48   Filed 03/03/23   Entered 03/04/23 00:35:53   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 01, 2023 | Form ID: 155 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14714013 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2023 00:15:22 | Capital One Bank (USA), N.A, by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14713945 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2023 00:15:22 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14722224 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 00:25:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14722485 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 00:25:34 | Citibank, N.A., 6716 Grade Ln Blg 9, Ste 910-PY DEPT, Louisville KY 40213-3410 |
| 14707363 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 02 2023 00:17:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14707365 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2023 00:17:00 | Diamonds International, PO Box 659622, San Antonio, TX 78265-9622 |
| 14713456 | ^ | MEBN | Mar 02 2023 00:14:04 | EMERGENCY PHYS ASSOCIATES OF PENNYSYLVANIA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14707368 | | Email/Text: tdillon@gulfcoastcollection.com | Mar 02 2023 00:17:00 | Gulf Coast Collection Bureau Inc, P.O. Box 21239, Sarasota, FL 34276-4239 |
| 14707369 | ^ | MEBN | Mar 02 2023 00:14:08 | Health Revenue Recovery Group LLC (HRRG), PO Box 5406, Cincinnati, OH 45273-7942 |
| 14707370 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 00:25:29 | Home Depot Consumer Credit Card, Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 14723548 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 00:17:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14724063 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 00:17:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14707575 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 02 2023 00:15:15 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14707559 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 02 2023 00:15:23 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14707372 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 02 2023 00:17:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14711321 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 02 2023 00:17:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14722142 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 00:17:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 772813, Chicago IL 60677-2813 |
| 14721838 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 00:17:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14724064 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2023 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 2489, Kirkland, WA 98083-2489 |
| 14723680 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2023 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14720104 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2023 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14724065 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2023 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 2489, Kirkland, WA 98083-2489 |
| 14723681 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2023 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14707374 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 02 2023 00:17:00 | Quest Diagnostics, PO Box 7306, Hollister, MO 65673-7306 |
| 14707375 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2023 00:17:00 | Select Portfolio Servicing, Post Office Box 65250, Salt Lake City, UT 84165-0250 |
| 14711542 | ^ | MEBN | Mar 02 2023 00:14:09 | U.S. Bank National Association, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721729 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2023 00:15:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14707376 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 02 2023 00:17:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 14707377 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2023 00:15:05 | Walmart/Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14725479 | *+ | Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Back lmoyer@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Back lmoyer@friedmanvartolo.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 01, 2023 | Form ID: 155 | Total Noticed: 53

RONALD J. PRESSLEY
    on behalf of Debtor Patricia A Brown rjp@rjpressley.com G5584@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Patricia A Brown
     Debtor(s)
                                        Chapter: 13
                                        Bankruptcy No: 22−11904−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 28,2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Eric L. Frank
                                              Judge ,
                                              United States Bankruptcy Court