# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE **Patricia A. Brown, aka** | | **Chapter 13** |
| **Patricia A. Tucker** | **:** | BANKRUPTCY   NO. **22-11904-amc** |
| Debtor | | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FILED BY WINDRUSH HOMEOWNERS ASSOCIATION

To the Clerk of Court

Kindly mark the Motion for Relief filed by Windrush Homeowners Association in the above captioned matter, withdrawn.

**Clemons Richter & Reiss, P.C.**

*(signature)*

Dated:  May 11, 2023

Stefan Richter, Esquire
Attorney for Movant