# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Patricia A. Brown, aka**          **Chapter 13**
    **Patricia A. Tucker**          **:**          BANKRUPTCY   NO. **22-11904-amc**
        Debtor

**ORDER**

AND NOW, this _____ day of _____, 2023, the Motion of Relief from the Automatic Stay of Windrush Homeowners Association having been withdraw, it is hereby ORDERED that Debtor's request for reimbursement of attorneys fees from Movant is DENIED.

**BY THE COURT**

_____
Ashely M. Chan, Bankruptcy Judge