# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE **Patricia A. Brown, aka**        **Chapter 13**
      **Patricia A. Tucker**       **:**     BANKRUPTCY   NO. **22-11904-amc**
            Debtor

_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Movant's Reply to Debtor's Response Motion for Relief from the Automatic Stay of Windrush Homeowners Association, have been served upon Kenneth West, and Ronald J. Pressley, Esquire, via ECF.

**Clemons Richter & Reiss, P.C.**
2003 South Easton Road, Suite 300
Doylestown, PA 18901
Tel. (215) 348-1776

Date: May 11, 2023

_____
Stefan Richter, Esquire
Attorney for Movant