# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE **Patricia A. Brown, aka Patricia A. Tucker**

      Debtor

:     **Chapter 13**

    BANKRUPTCY NO. **22-11904-amc**

## ORDER

AND NOW, this __15th__ day of __May__, 2023, the Motion of Relief from the Automatic Stay of Windrush Homeowners Association having been withdraw, it is hereby ORDERED that Debtor's request for reimbursement of attorneys fees from Movant is DENIED.

BY THE COURT

_____
Ashely M. Chan, Bankruptcy Judge