United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11904-amc |
| Patricia A Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14725479 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 10 2024 23:33:00 | Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:**

**Name    Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2023-NR1 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4 bkgroup@kmllawgroup.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2024 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor Select Portfolio Servicing  Inc. as Servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Back bkecf@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Back bkecf@friedmanvartolo.com

REGINA COHEN

on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

RONALD J. PRESSLEY

on behalf of Debtor Patricia A Brown rjp@rjpressley.com  G5584@notify.cincompass.com

STEFAN RICHTER

on behalf of Creditor Windrush Homeowners Association srichter@clemonslaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-11904-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Patricia A Brown
4 Sweetbriar Road
Coatesville PA 19320-6108

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/10/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165 | U.S. Bank Trust Company, N.A., et al.<br>C/O SELECT PORTFOLIO SERVICING INC.<br>PO BOX 65250<br>Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/12/24

Tim McGrath
**CLERK OF THE COURT**