**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| PAT BROWN | : | No. 22-11904 amc |
| Debtor | : | |
| | : | Hearing Date: |
| | : | January 4, 2025 @ 10:00a.m. |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

    Ronald J. Pressley, Esquire has filed a Motion to Withdraw Appearance as debtor's counsel in the above captioned case.

    Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankrutpcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

    1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then or before December 17, 2024 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

        U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        Attn: Clerk of Courts
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA 19107-4299

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant:

        Ronald J.Pressley, Esquire
        Ronald J. Pressley & Associates,LLC
        100 North 18th Street
        Suite 300 #3470
        Philadelphia, PA 19103
        Telephone No. (215) 629-3800
        Facsimile: (215)629-3804
        rjp@rjpressley.com

  2. If you or your attorney do not take the steps described in paragraphs 1((a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A telephonic hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **January 14, 2025 @ 10:00a.m.**  The hearing may be accessed by dialing **1-646-828-7666 MEETING ID: 160 6807 8081**

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.

Dated: November 27, 2024

<u>Trustee:</u>
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia PA 19106
Telephone: (215-627-1377)