# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia A. Brown a/k/a Patricia Anne Brown a/k/a Pat Brown a/k/a Patricia A. Tucker<br><br>                              Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2023-NR1<br>                              Movant<br>            vs. | NO. 22-11904 AMC |
| Patricia A. Brown a/k/a Patricia Anne Brown a/k/a Pat Brown a/k/a Patricia A. Tucker<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>                              Trustee | |

## **ORDER**

      AND NOW, this _____ day of _____, 2024 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

      ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4 Sweetbriar Road, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: December 19, 2024**

                                                              _____
                                                                     United States Bankruptcy Judge.