**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PATRICIA A. BROWN, | : CHAPTER 13 |
| Debtor | : |
| | : BANKRUPTCY NO. 22-11904 |

**CERTIFICATION OF NO RESPONSE**

I, hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to debtor's Motion for Reconsideration of the Order for Relief from Stay filed December 28, 2024 (#96).

Dated: January 27, 2025

/s/ Ronald J. Pressley_____
RONALD J. PRESSLEY
Counsel for Debtor
100 North 18th Street
Suite 300 #3470
Philadelphia, PA 19103
215-629-3800