## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Patricia A. Brown a/k/a Patricia Anne Brown a/k/a Pat Brown a/k/a Patricia A. Tucker<br>　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2023-NR1<br>　　　　　　Movant<br>　　vs.<br>Patricia A. Brown a/k/a Patricia Anne Brown a/k/a Pat Brown a/k/a Patricia A. Tucker<br>　　　　　　Debtor(s)<br>Kenneth E. West<br>　　　　　　Trustee | NO. 22-11904 AMC<br><br>11 U.S.C. Section 362 |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on October 22, 2024, upon Notice of Motion to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. IT IS FURTHER ORDERED that as of September 25, 2024, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal & Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 8 | January 2024 | August 2024 | $1,928.98 | $1,534.01 | $3,462.99 | $27,703.92 |
| 1 | September 2024 | September 2024 | $1,928.98 | $1,517.31 | $3,446.29 | $3,446.29 |
| Less post-petition partial payments (suspense balance) | | | | | | ($2,203.32) |

Total: **$28,946.89**

4. This arrearage shall be paid as follows:

　　a). Beginning October 2024 and continuing through May 2025, Debtor shall pay to Movant installment payments of **$3,216.33** towards the arrearages on or before the last day of each

month, with a final installment payment of **$3,216.25** due June 2025, until the arrearages are cured.

5. Regular payments in the amount of **$3,446.29** to be paid on or before **October 1, 2024**, and any additional amount as required or allowed by the Note and Security Instrument. Regular and installment payments should be sent to: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor and attorney for Debtor, and failure of Debtor to cure such default within **fifteen (15)** days from the date of receipt of such notice, Movant may file a certification of default, with service upon Debtor, attorney for Debtor and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor, shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor remains in bankruptcy.

CONSENTED TO BY:

Date: September 27, 2024

/s/ Denise Carlon
Denise Carlon, Esq.
Attorney for Movant

Date: 10/29/2024

Ronald J. Pressley, Esq.
Attorney for Debtor

Date:_____

                                        Kenneth E. West
                                        Chapter 13 Trustee

Approved by the Court this \_\_\_\_\_ day of _____, 2024.  However, the Court retains discretion regarding entry of any further order.

                                        Bankruptcy Judge
                                        Ashely M. Chan