**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: PATRICIA A. BROWN, | : CHAPTER 13 |
| Debtor | : |
| | : BANKRUPTCY NO. 22-11904 AMC |
| vs. | : |
| PATRICIA A. BROWN | : |
| Respondent | : |

**PRAECIPE TO WITHDRAW MOTION TO MODIFY PLAN**

TO THE CLERK:

Kindly withdraw debtors' Motion to Modify Plan filed November 27, 2024 in the above captioned case docketed at number 88.

    /s/ Ronald J. Pressley
RONALD J. PRESSLEY
Counsel for Debtor
100 North 18th Street
Suite 300 #3470
Philadelphia, PA 19103
(215) 629-3800

Dated: March 11, 2025