**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PATRICIA A. BROWN,          : CHAPTER 13
              Debtor                         :
                                      : BANKRUPTCY NO. 22-11904 AMC

## ORDER

AND NOW, this 13th day of March, 2025, upon consideration of Debtor's Motion for Reconsideration of this Court's Order for Relief from Stay of December 18, 2024, as well as the further consideration of any response thereto, and after hearing thereon,

It is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. The Order for Relief from Stay of December 18, 2024 (#94) is hereby vacated.

By the Court:

Ashely M. Chan
Chief U.S. Bankruptcy Judge