United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11904-amc |
|---|---|
| Patricia A Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Patricia A Brown, 4 Sweetbriar Road, Coatesville, PA 19320-6108 |
| cr | + | Windrush Homeowners Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 01:32:40 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 02:56:48 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2025 02:56:48 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Mar 14 2025 00:33:35 | Select Portfolio Servicing, Inc. as servicer for U, c/o FriedmanVartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 14 2025 01:21:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Select Portfolio Servicing, Inc. as Servicer for U, c/o FriedmanVartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | *+ | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Mar 13, 2025     Form ID: pdf900     Total Noticed: 9

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2023-NR1 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Backed Notes, Series 2020-R4 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing Inc. as Servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Back bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R4, Mortgage-Back bkecf@friedmanvartolo.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust Company National Association rshearer@raslg.com |
| RONALD J. PRESSLEY | on behalf of Debtor Patricia A Brown rjp@rjpressley.com G5584@notify.cincompass.com |
| STEFAN RICHTER | on behalf of Creditor Windrush Homeowners Association srichter@clemonslaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: PATRICIA A. BROWN,  : CHAPTER 13
         Debtor   :
                         : BANKRUPTCY NO. 22-11904 AMC

## ORDER

AND NOW, this 13th day of March, 2025, upon consideration of Debtor's Motion for Reconsideration of this Court's Order for Relief from Stay of December 18, 2024, as well as the further consideration of any response thereto, and after hearing thereon,

It is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. The Order for Relief from Stay of December 18, 2024 (#94) is hereby vacated.

By the Court:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge